**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTUR BADALYAN, | Case No. ED CV 26-1401 FMO (JDE) |
| Petitioner, | |
| v. | **ORDER RE: EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| PAMELA BONDI, et al., | |
| Respondents. | |

On March 24, 2024, the assigned Magistrate Judge ordered expedited briefing on the underlying habeas Petition, (see Dkt. 5, Court's Order of March 24, 2026, at 1), which will result in the Petition being promptly resolved.  Given the expedited briefing schedule on the Petition, the court finds that prompt resolution of this action through the Petition renders the court's ruling on petitioner's Ex Parte Application for Temporary Restraining Order (Dkt. 6, "Application") unnecessary, as petitioner has not shown imminent, irreparable harm that cannot be addressed by the Magistrate Judge's expedited briefing schedule.  Accordingly, IT IS ORDERED THAT petitioner's Application **(Document No. 6)** is **denied without prejudice**.

Dated this 14th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge